# United States Bankruptcy Court

Middle District of Georgia

In re:

Mildred Bryant Troup
aka Mildred L. Troup, aka Mildred Louise
Troup, aka Mildred B Troup
56 Saint Andrews Street
Hinesville, GA 31313–5835

Debtor(s)

Case No. 18–11296 AEC

Chapter 13

**NOTICE**

**You are hereby notified** that a **"Certification of Plan Completion and Request for Discharge"** must be filed by you in order for your case to receive a discharge. A copy of that certification is attached to this notice. If you fail to file the "Certification of Plan Completion and Request for Discharge" with the Bankruptcy Court, your case may be closed without receiving a discharge of debts.

Please mail the completed form to your attorney for electronic filing. If you do not have an attorney, mail the completed form to the following address:

United States Bankruptcy Court
433 Cherry Street
P.O. Box 1957
Macon, GA 31202

If you have already filed the Certification, you may disregard this notice.

Attachment

Dated: 1/28/22

Kyle George, Clerk of Court

United States Bankruptcy Court

# United States Bankruptcy Court

## Middle District of Georgia

In re:

    Mildred Bryant Troup
    aka Mildred L. Troup, aka Mildred Louise
    Troup, aka Mildred B Troup
    56 Saint Andrews Street
    Hinesville, GA 31313–5835

Debtor(s)

Chapter 13

Case No. 18–11296 AEC

### DEBTOR'S CERTIFICATE OF PLAN COMPLETION AND

### REQUEST FOR DISCHARGE

Debtor hereby certifies under penalty of perjury, the following is true and correct:

1. All plan payments have been completed, and I am entitled to a discharge under 11 U.S.C. Section 1141/1228/1328; and

2. I have paid (or do not have any liability) for domestic support obligations due on or before the date set forth below, including any pre–petition amounts to the extent provided for by the plan and:

3. The provisions of 11 U.S.C. Section 522(q)(1) are not applicable to my case, pursuant to 11 U.S.C. Section 1141(c)/1228(f)/1328(h).

4. There are no proceedings pending against me of the kind described in 11 U.S.C. Section 522(q)(1)(A) or 522(q)(1)(B), pursuant to Section 1141(c)/1228(f)/1328(h).

    I request that a discharge be granted in accordance with 11 U.S.C. Section 1141/1228/1328.

_____        _____
      Date                                                    Signature of Debtor

_____        _____
      Date                                                    Signature of Joint Debtor, if applicable

Attorney for Debtor: Ray Holland

Attorney for Debtor: Ray Holland
Address: Holland & Holland, Attorneys at Law, LLC
320 North Street
P. O. Box 824
Ashburn, GA 31714–0824